UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20258-GAYLES

UNITED STATES OF AMERICA

vs.

ARIEL MERINO CRUZ,

        Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION FOR ORDER FOR INVESTIGATIVE FEES AND COSTS

THIS CAUSE came before the Court on the Defendant Ariel Merino Cruz's Motion for Additional CJA Funds for Investigative Fees (DE 38). The Court having reviewed the motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is GRANTED. It is further ORDERED that the investigative firm hired shall be permitted funds in the amount of $2,500.00 for fees and costs.

DONE AND ORDERED in Miami Dade County, Florida this 22nd day of May, 2018.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    CJA Clerk